UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS | ) | |

## ORDER

The Court held a hearing in this case on August 22, 2013. At the hearing, Defendant Rivers announced that he did not intend to call Co-Defendant Brad Benedict as a witness at the trial set for August 27, 2013. It is not necessary for Co-Defendant Benedict to be transport to court.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE